# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

# MOTION HEARING

Nicole Feehery-Alpuerto,

              Plaintiffs,

  v.

Thomas Campbell,

              Defendant.

### COURT MINUTES
BEFORE: Kate Menendez
U.S. District Judge

| | |
|---|---|
| Case No: | 21-cv-02440 (KMM/LIB) |
| Date: | February 9, 2023 |
| Location: | Zoom |
| Court Reporter: | Brittany Blesener |
| Time Commenced: | 10:02 AM |
| Time Concluded: | 10:32 AM |
| Time in Court: | 0:30 Minutes |

**APPEARANCES:**

  For Plaintiffs: Stephanie Balmer, James Balmer, Paul Wojciak

  For Defendants: Eric Oelrich, Angela Shackleford

**HEARING ON:** Nicole Feehery-Alpuerto's Motion for Partial Summary Judgment

**PROCEEDINGS:** The court heard oral argument on the record and issued a bench ruling. For the reasons stated on the record, the court denied the plaintiff's motion for partial summary judgment [ECF No. 12].

                                            *s/* EML
                                            Signature of Law Clerk